**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| VIJAI N. RAI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0109 (RJL) |
| | ) | |
| MIKE JOHANNS, | ) | |
| Secretary of the United States | ) | |
| Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

Defendant, Mike Johanns in his official capacity as Secretary of the United States Department of Agriculture, by and through the United States Attorney for the District of Columbia, and hereby answers the Complaint filed by plaintiff Vijai N. Rai.

Defendant responds to the specifically-numbered paragraphs of the Complaint as follows:

1. Admit the first three sentences of paragraph 1. The fourth sentence contains a legal conclusion that does not require a response.

2. Admit only that plaintiff applied for the positions at issue, and was not selected for those positions. Admit that plaintiff timely filed a complaint with Office of Civil Rights. This paragraph constitutes plaintiff's characterization of the Court's jurisdiction over this action, a legal conclusion to which no response is required. This paragraph constitutes plaintiff's characterization of venue for this case, a legal conclusion to which no response is required. Deny that plaintiff was not selected for the positions at issue based upon his race, color, and/or national origin, or that the selectees for the positions at issue were less qualified than plaintiff. Deny all other allegations in this paragraph.

3. Admit that Mr. Underwood, was selected for the first position at issue in this case. Admit that Mr. Underwood worked for Mr. Thompson in Colorado. Deny as to all other allegations and/or characterizations in paragraph 3.

4. Admit that plaintiff was not on the "best qualified list" for the position of Director, Minerals and Geology Management Staff. Deny all other allegations and/or characterizations in paragraph 4.

5. Deny.

6. Defendant lacks sufficient information or knowledge to determine the truth of plaintiff's allegations contained in paragraph 6. Admit, however, that plaintiff was working at the United States Forest Service Minerals and Geology Management Office on a one year detail from the Department of Interior at the time he applied for the positions at issue in this case.

7. Deny.

8. Admit that plaintiff received a letter of recommendation from the Department of Interior on September 3, 2002. Deny all other characterizations and/or allegations in paragraph 8.

9. Deny.

10. Admit that Defendant used a rating system to choose the best qualified applicants for the positions at issue. Deny as to all other characterizations/and or allegations in paragraph 10.

11. Deny.

12. Deny.

13. Defendant lacks sufficient information or knowledge to determine the truth of plaintiff's allegations.

14. Deny.

15. Admit that Defendant selected Mr. Burnside for the second position at issue in this case. Admit that plaintiff is a GS-15, and this position would have been a lateral career move. Deny all other allegations and characterizations in paragraph 15.

16. Deny.

The remainder of the Complaint constitutes plaintiff's Prayer for Relief to which no response is required; insofar as an answer may be deemed necessary, defendant denies plaintiff is entitled to damages, attorney fees, or any other relief whatsoever. Defendant further avers that any award of compensatory damages is subject to and limited by 42 U.S.C. §1981a(b)(3).

Defendant respectfully requests and reserves the right to amend, alter or supplement the responses and defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to him. Additionally, defendant denies all allegations of the complaint not expressly admitted in this answer.

WHEREFORE, having fully answered, defendant respectfully requests that this action be dismissed with prejudice and that the Court grant defendant his costs and such other relief as may be appropriate.

March 23, 2006 Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)