**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| VIJAI N. RAI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0109 (RJL) |
| | ) | |
| MIKE JOHANNS, | ) | |
| Secretary of the United States | ) | |
| Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

**MEET AND CONFER REPORT OF THE PARTIES**

Pursuant to the Federal Rules of Civil Procedure, the Local Civil Rules and the Standing Order of this Court, the parties met and conferred and hereby file this Meet and Confer Report.

**Plaintiff's Statement of the Case:**

The facts of the case involve the rejection by the defendant agency of the application for a new position within the defendant agency. The selectee was a Caucasian male who was less qualified for the position that was advertised by the agency. He seeks monetary damages and other relief.

**Defendant's Statement of the Case:**

Plaintiff is an employee of the United States Department of Agriculture who applied, but was not selected, for two separate positions. Plaintiff alleges that these two non-selections were discriminatory on the basis of his race (Asian), color (brown) and national origin (East Indian). Defendant denies plaintiff's allegations in their entirely. Defendant further asserts that defendant's actions towards plaintiff were legal and proper at all times and plaintiff is not entitled to any of his requested relief, or any relief whatsoever.

## Rule 16.3 Report

**1.    Likelihood This Case Will Be Disposed Of By Dispositive Motion**

<u>Plaintiff's position</u>:  Plaintiff does not believe that this case will be resolved by dispositive motion.

<u>Defendant's position</u>:  Defendant believes that this case will be disposed of by the pending motion to dismiss or, in the alternative, for summary judgment.

**2.    Date For Joining Other Parties**

The parties agree that there will be no parties joined in this matter.

**3.    Assignment To A Magistrate Judge**

The parties do not consent to the assignment of this case to a Magistrate Judge.

**4.    Possibility Of Settlement**

The parties do not believe there is any likelihood of settlement at this stage of the case, but will continue to evaluate this position as the case progresses.

**5.    Alternative Dispute Resolution**

The parties agree that any discussion of ADR should be deferred pending the completion of discovery, as mentioned in number 4, above.

**6.    Dispositive Motion Schedule**

The parties agree that dispositive motions should be due within 60 days after discovery closes, oppositions due 45 days thereafter, and replies due 30 days following oppositions.

**7.     Initial Disclosures**

The parties agree that initial disclosures should be made 14 days after the Court issues a scheduling order.

**8.     Discovery**

The parties agree that discovery should begin following the issuance of a scheduling order and proceed for 180 days thereafter.

**9.     Expert Reports**

If plaintiff intends to use experts, plaintiff shall serve expert reports 60 days prior to the close of discovery and defendants within 30 days prior to the close of discovery.

**10.    Class Actions**

This topic is not applicable to this case.

**11.     Bifurcation Of Trial Or Discovery**

The parties do not see a need to bifurcate trial or discovery.

**12.    Pretrial Conference Schedule**

The parties agree that a date for a pretrial conference should be set within 30 days after the Court rules on dispositive motions.

**13.    Trial Date**

The parties agree that the Court should not set a trial date until the pretrial conference.

**14.    Other matters**

The parties agree that there are no other matters to report to the Court.

| | |
|---|---|
| May 8, 2006 | Respectfully submitted, |

  /s/ by J. Henault with permission  
SOL ROSEN, DC BAR # 10967  
2501 Calvert St., NW No. 212  
Washington, DC 20008  
(202) 296-8485

      /s/_____  
KENNETH L. WAINSTEIN, DC BAR #451058  
United States Attorney

      /s/_____  
RUDOLPH CONTRERAS, DC BAR #434122  
Assistant United States Attorney

      /s/_____  
JOHN F. HENAULT, D.C. Bar # 472590  
Assistant United States Attorney  
555 Fourth Street, N.W. - Civil Division  
Washington, D.C.  20530  
(202) 307-1249  
(202) 514-8780 (facsimile)