**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| VIJAI N. RAI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0109 (RJL) |
| | ) | |
| MIKE JOHANNS, | ) | |
| Secretary of the United States | ) | |
| Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

Upon consideration of the parties' Joint Report To The Court and the entire record in this matter, it is hereby:

ORDERED that initial disclosures shall be made no later than fourteen days from the entry of this Order;

ORDERED that discovery in this case shall commence at the issuance of this Order and be completed by 180 days from the entry of this Order;

ORDERED that Counsel for both parties are to continue working cooperatively with one another to prepare routine protective orders needed to facilitate discovery, and to take account of scheduling conflicts and other issues that may arise during the course of this case;

ORDERED that the presumptive limits on discovery set forth in Rules 30 and 33, Fed. R. Civ. P., shall be in effect, absent agreement of the parties and/or leave of Court;

ORDERED that expert designations and disclosures, if any, shall be made by plaintiff no later than 60 days before the close of discovery, and rebuttal expert designations and disclosures

by defendant, if any, shall be made no later than 30 days before the close of discovery. Expert depositions, if any may be taken at a mutually convenient time thereafter;

  ORDERED that dispositive motions, if any, shall be filed 60 days after the close of discovery; oppositions to dispositive motions shall be filed 45 days later; and replies, if any, shall be filed 30 days later;

  FURTHER ORDERED that if the parties wish to have this case referred for Alternative Dispute Resolution, they shall so advise the Court.

SO ORDERED this _____ day of _____, 2006.

_____
Richard J. Leon
United States District Judge