United States District Court
for the District of Columbia

Vijai Rai

V.                                    Civil Action No. 06-0109(RJL)

Mike Johanns, Secretary
The department of Agriculture

Joint Motion to Extend Time to Complete Discovery

The parties move this Court for an order extending discovery until January 16,2007. There has been discovery disputes which the parties are seeking to solve without the intervention of the Court and that amount of time are needed to comply with the discovery rules of the Court.Depositions cannot commence until issues are resolved, such as dealing with document requests.

Sol Z. Rosen Esq. #10967
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

<u>The Certificate of Service</u>

  I certify that a copy of the above has been served by ECF and first class mail on the office of the United States Attorney on the 8th of November 2006 by mail.

         _____
           Sol Z. Rosen Esq.