United States District Court
for the District of Columbia

Vijai Rai

    V.                                Civil Action No. 06-0109(RJL)

Mike Johanns, Secretary
The department of Agriculture

**ORDER**

Upon consideration of the joint motion of the parties to extend discovery until January 16,2007,the same is granted.

_____
Judge United States District Court

Copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

John F. Henault Esq.
Assistant United States Attorney
555 4th Street NW-Civil Division
Washington, D.C. 20530