**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIJAI N. RAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0109 (RJL) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary of the United States ) | |
| Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO AMEND THE SCHEDULING ORDER**
**AND EXTEND DISCOVERY BY 60 DAYS**

Defendant Mike Johanns, through undersigned counsel and with the consent of plaintiff, respectfully moves this Court to amend the Scheduling Order in this matter to extend all pending deadlines by two months. This is defendant's first request for an extension of time relating to the deadlines requested to be re-set herein. In support of this motion, defendant states:

Since the Court issued its Scheduling Order in this action, the parties have worked cooperatively on discovery issues and are attempting to resolve all disputes without Court intervention. Due to the fact that a colleague of counsel for defendant left the office recently, however, undersigned counsel has been assigned a case that this colleague previously handled. That case, Tri-State Hospital Supply Corp. v. United States, No. 00-1463(HHK), has been ongoing for six years and involves vast amounts of discovery, both documentary and testimonial. Moreover, the Court in Tri-State has set February 5, 2007 as the due date for defendant's motion for summary judgment, and July 17, 2007 as the first day of an anticipated two-week trial. Due to the amount of materials necessary to comb through and become familiar with, undersigned counsel is unable to devote the time necessary to this matter to meet the deadlines as currently

set by the Scheduling Order.  The assignment of this case to undersigned counsel, and the requirement to meet a deadline of February 5 for a motion for summary judgment in this matter was not anticipated, nor could it have been, when the parties agreed to, and the Court, adopted, the proposed schedule in the parties Rule 16.3 Report.  Moreover, in addition to the motion for summary judgment due in Tri-State on February 5, counsel has a reply brief in support of summary judgment due on January 18, 2007 in two other Title VII and Rehabilitation Act matters, and a Title VII summary judgment motion due on January 16, 2006, which also preclude counsel from devoting the time necessary to meet the current deadlines in this matter.

In light of the foregoing, defendant requests that the Court extend all deadlines by two months.  Accordingly, defendant proposes the following schedule: discovery shall close on March 16, 2007.  Similarly, defendant's motion for summary judgment shall be due on May 16, 2007, plaintiff's opposition shall be due on July 1, 2007 and defendant's reply shall be due on August 1, 2007.

Pursuant to Local Civil Rule 7(m), plaintiff consents to the relief requested herein.

January 9, 2007                                    Respectfully submitted,


      /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


      /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


      /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)