**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIJAI N. RAI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.06-0109 (RJL) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary of the United States ) | |
| Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

This matter comes before the Court on defendant's consent motion to amend the scheduling order. After considering defendant's consent motion and the record herein, it is this ____ day of January, 2007, hereby

ORDERED, that defendant's consent motion is hereby GRANTED. The scheduling order in this action is hereby amended to reflect the following deadlines:

Discovery shall close on March 16, 2007. Defendant's motion for summary judgment shall be due on May 16, 2007, plaintiff's opposition shall be due on July 1, 2007 and defendant's reply shall be due on August 1, 2007.

                                                                                                    _____
                                                                                                     Richard J. Leon
                                                                                                     United States District Judge

cc: Counsel of Record via ECF