# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAI N. RAI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.06-0109 (RJL) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary of the United States ) | |
| Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CONSENT MOTION TO AMEND THE
## SCHEDULING ORDER AND EXTEND DISCOVERY

Defendant Mike Johanns, through undersigned counsel and with the consent of plaintiff, respectfully moves this Court to amend the Scheduling Order in this matter to extend all pending deadlines. In support of this motion, defendant states:

Since the Court issued its Scheduling Order in this action, the parties have worked cooperatively on discovery issues and are attempting to resolve all disputes without Court intervention. Due to scheduling issues and other case obligations for counsel for both parties, however, the parties were required to extend discovery. Although discovery is currently set to end on March 2, 2007, counsel for defendant must prepare for a week-long jury trial beginning on March 5, 2007 and file several dispositive motions between now and the scheduled close of discovery. Additionally, plaintiff will be leaving the country to travel to India for one month beginning February 19. Accordingly, the parties request that the Court extend all pending deadlines in this action as set forth below.

The parties hereby request that the Court set the following deadlines for this action: discovery shall close on June 1, 2007, defendant's motion for summary judgment shall be due on

July 16, 2007, plaintiff's opposition shall be due on August 16, 2007 and defendant's reply shall be due on September 13, 2007.

Pursuant to Local Civil Rule 7(m), plaintiff consents to the relief requested herein.

February 12, 2007                              Respectfully submitted,

                                                      /s/
                                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                                      United States Attorney

                                                      /s/
                                      RUDOLPH CONTRERAS, DC BAR #434122
                                      Assistant United States Attorney

                                                      /s/
                                      JOHN F. HENAULT, D.C. Bar # 472590
                                      Assistant United States Attorney
                                      555 4th Street, N.W.
                                      Washington, DC 20530
                                      (202) 307-1249
                                      (202) 514-8780 (facsimile)