## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VIJAI N. RAI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.06-0109 (RJL) |
| | ) | |
| MIKE JOHANNS, | ) | |
| Secretary of the United States | ) | |
| Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>ORDER</u>

This matter comes before the Court on defendant's consent motion to amend the scheduling order.  After considering defendant's consent motion and the record herein, it is this _____ day of February, 2007, hereby

ORDERED, that defendant's consent motion is hereby GRANTED.  The scheduling order in this action is hereby amended to reflect the following deadlines:

Discovery shall close on June 1, 2007.  Defendant's motion for summary judgment shall be due on July 16, 2007.  Plaintiff's opposition shall be due on August 16, 2007.  Defendant's reply shall be due on September 13, 2007.

_____
Richard J. Leon
United States District Judge

cc: Counsel of Record via ECF