United States District Court
For the District of Columbia

Vijai Rai

V.    Civil Action No. 06-0109(RJL)

Mike Johanns, Secretary
Department of Agriculture

## **ORDER**

Upon consideration of the motion to compel discovery and the pleadings filed thereto, the same is granted.

_____
Judge, United States District Court

copies to:

Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

John Hennault Esq.
Assistant United States Attorney
Civil Division
555 4th Street NW
Washington, D.C. 20001

Case 1:06-cv-00109-RJL   Document 8-2   Filed 04/26/2007   Page 2 of 2