

# United States Department of the Interior

OFFICE OF THE SECRETARY
16B9 C Street, Suite 100
Anchorage, Alaska 995C1-515'

September 3, 2002

Mr. Mark E. Rey
**Under** Secretary
Natural Resources and Environment
U.S. Department of Agriculture
1400 Independence Avenue SW
Washington, D.C. 20250

Dear Under Secretary Rey:

We understand that Dr. Vijai N, Rai has applied for the position as Director of Minerals and Geology Management Staff at the U.S. Forest Service (Vacancy FS-SES-18NFS-2002A). We would like to ' highly recommend Dr. Rai at this time for that position. Dr. Rai has provided years of dedicated and distinguished service to the Department of the Interior. His devotion in representing the Department's Office of Environmental Policy and Compliance is appreciated by his colleagues in the Department.

Recently Dr. Rai assisted this office with strong and effective leadership on the Tulsequah Chief Mine Project which is located in Canada. His thoughtful advocacy for good science for this project will have a significant and long-term benefit to the nation and the State of Alaska.   He has that unique ability to review and analyze the merits of a task or project, and then to make a significant well-thought out decision or recommendation.

Dr. Rai is an outstanding example of an individual who has dedicated his career to public service. He sets a high professional standard for himself and is an excellent example for his peers and co-workers- In addition to his professional and personal attributes, Dr. Rai is a pleasure to work with. In his day-to-day activities, meetings, and agency committees, he has treated everyone with the utmost respect and courtesy.

His extensive knowledge of NEPA, his strong commitmeni to the future of our nation's natural resources, and his professional scientific manner has always been of the highest caliber. He is an effective advocate for the Administration, and where appropriate, a strong spokesperson for implementing its policies.

In closing, we personally believe Dr. Rai would be an excellent member of your organization. His insights and comments have been extremely valuable to our office. If you wish to contact either of us for more details concerning Dr. Rai's qualifications, please feel free to call Cam at (907) 271-5485, or Drue ai (202) 208-4177.

Sincerely.

Drue Peflrce
Senior Advisor to the Secretary for Alaska
   Affairs

Cam Toohey Special Assistant to
the Secretary for Alaska

bcc: Vijai Rai