**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIJAI N. RAI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0109 (RJL) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary of the United States ) | |
| Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

This matter comes before the Court on plaintiff's motion to compel. Upon consideration of the relevant pleadings, relevant law and the record herein, it is this ____ day of _____, 2007, hereby

ORDERED, that plaintiff's motion is hereby DENIED.

_____
Richard J. Leon
United States District Judge