# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAI N. RAI, ) | |
| Plaintiff, ) | |
| v. ) | No. 06-0109 (RJL) |
| MIKE JOHANNS, ) | |
| Secretary of the United States ) | |
| Department of Agriculture, ) | |
| Defendant. ) | |

## CONSENT MOTION TO EXTEND THE DATE FOR SUMMARY JUDGMENT BRIEFING

Defendant Mike Johanns, through undersigned counsel and with the consent of plaintiff, respectfully moves this Court to extend the current summary judgment schedule to the following schedule: defendant's motion for summary judgment due September 13, 2007; plaintiff's opposition due October 15, 2007 and defendant's reply due November 5, 2007. Pursuant to Local Civil Rule 7(m), plaintiff consents to the extension sought herein. In support of this motion, defendant states:

Due to other case-related commitments on counsel for plaintiff and counsel for defendants, delays in conducting depositions due to plaintiff's motion to compel and then receiving the transcripts from the reporting company, as well as ongoing settlement discussions between the parties, the parties respectfully request that the Court extend the briefing schedule currently set by approximately two months, to the schedule set forth above.

Pursuant to Local Civil Rule 7(m), plaintiff consents to the relief requested herein.

July 10, 2007                                    Respectfully submitted,


      /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

      /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)