**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VIJAI N. RAI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.06-0109 (RJL) |
| ) | |
| MIKE JOHANNS, ) | |
| Secretary of the United States ) | |
| Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

This matter comes before the Court on defendant's consent motion to extend the time to file summary judgment. After considering defendant's consent motion and the record herein, it is this ____ day of July, 2007, hereby

ORDERED, that defendant's consent motion is hereby GRANTED. The briefing schedule shall be set as follows:

Defendant's motion for summary judgment due September 13, 2007; plaintiff's opposition due October 15, 2007 and defendant's reply due November 5, 2007.

.

_____
Richard J. Leon
United States District Judge

cc: Counsel of Record via ECF