United States District Court
For the District of Columbia

Vijay Rai

V.                    Civil Action No. 06-0109(RJL)

Mike Johanns, Secretary

Consent Motion to Extend Discovery Period

The plaintiff and the defendant move this court for an order to grant them an additional period of time to complete discovery in this case. In support it is alleged as follows;

1) The plaintiff needs additional time to take two more depositions in this case and the parties request an additional sixty days to complete the same. There is no opposition to the motion.

/s/ Sol Z. Rosen
Sol Z. Rosen Esq. #10967.
2501 Calvert Street NW #212
Washington, D.C. 20008
(202) 296-8485
(fax(202) 296-9375

<u>The Certificate of Service</u>

I certify that a copy of the above has been served on the office of the United States Attorney by EC. on 9/3/07.

                         /s/ Sol Z. Rosen
                         Sol Z. Rosen Esq.