United States District Court
For the District of Columbia

Vijay Rai

   V.                    Civil Action No. 06-0109(RJL)

Mike Johanns,

## ORDER

Upon consideration of the unopposed motion to extend discovery for sixty days the same is granted,

_____
Judge, United States District Court

copies to:

Sol Z. Rosen Esq
2501 Calvert Street NW #212
Washington, D.C. 20008

John Hennault Esq.
Assistant United States Attorney-Civil Division
555 4th Street NW
Washington, D.C. 20001