IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAI N. RAI,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary,<br>U.S. Department of Agriculture<br><br>    Defendant. | Civil Action No. 06-0109 (RJL) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Claire M Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case substituting for Assistant U.S. Attorney John F. Henault, Jr.

                Respectfully submitted,

                _____/s/_____
                CLAIRE WHITAKER, D.C. Bar # 354530
                Assistant United States Attorney
                United States Attorneys Office
                Civil Division
                555 4th Street, N.W., Room E-4204
                Washington, D.C. 20530
                (202) 514-7137