UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIJAI N. RAI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0109 (RJL) |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| U.S. Department of Agriculture ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO CONTINE 12/21/07 STATUS CONFERENCE**

By minute order dated December 10, 2007, this Court, *sua sponte*, scheduled a status conference in the above-captioned case for December 21, 2007, at 11:30 am. The parties have conferred and jointly request that this court date be continued to January 3 or 7, 2008.

The reasons for the request are as follows: On December 21, 2007, undersigned counsel primarily assigned to this case will accompany a family member to multiple medical appointments at Georgetown University Hospital, commencing at 11:45 am. For this reason, it will be impossible for said counsel to attend. Although a substitute counsel from the U.S. Attorney's Office would be available to attend the conference, the parties have conferred and mutually agree that the better course of action is to request a continuance. Accordingly, defendant respectfully requests, with the concurrence of plaintiff, that the status conference presently set for December 21, 2007, be continued to either January 3 or 7, 2008. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137