UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIJAI N. RAI** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0109 (RJL) |
| ) | |
| **MIKE JOHANNS, Secretary,** ) | |
| **U.S. Department of Agriculture** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

ORDER

Upon consideration of defendant's consent motion to continue the status conference scheduled in this case for December 21, 2007, at 11:30 am, and for good cause shown, it is this_____ day of _____, 2008,

ORDERED, that said status conference is vacated, and it is

FURTHER ORDERED, that the status conference is rescheduled for

_____

_____
UNITED STATES DISTRICT JUDGE